UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CT-3332-D

| | | |
|---|---|---|
| SAMUEL ISRAEL, III | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| UNITED STATES OF AMERICA, et al., | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' Motion for Leave of Court to Depose Plaintiff. Pursuant to Fed. R. Civ. P. 30(a)(2)(B), Defendants' request to depose the Plaintiff at the FCI Butner-Low in Butner, North Carolina, is ALLOWED.

SO ORDERED.

This 16th day of December, 2020.

Robert B. Jones, Jr.
United States Magistrate Judge